# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO: AU:24-CR-00271(1)-RP |
| | § | |
| (1) Omar Aguirre-Hernandez | § | |

## ORDER

     On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed April 2, 2025, wherein the defendant Aguirre-Hernandez waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Aguirre-Hernandez to the Report and Recommendation, the Court enters the following order:

     **IT IS THEREFORE ORDERED** that the defendant Aguirre-Hernandez' plea of guilty to Count 1 of the Indictment is accepted.

     Signed this 25th day of April, 2025.

                                                                       ROBERT PITMAN
                                                               UNITED STATES DISTRICT JUDGE